JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARSHAK KOULADJIAN,<br>　　　　Plaintiff,<br>　　v.<br>Unum Life Insurance Company of America,<br>　　　　Defendant. | Case No. LA CV 17-00163-VBF (PLAx)<br>**FINAL JUDGMENT** |

　　Final judgment of affirmance is hereby entered in favor of defendant Unum Life Insurance Company of America and against plaintiff Arshak Kouladjian.

　　IT IS SO ADJUDGED.

Dated: February 6, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge